UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 06040
  MICHELLE REED
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
  SSN XXX-XX-9192
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/04/07 and confirmed on 06/21/07.

2. The case was dismissed after confirmation, 10/23/2008.

3. The Debtor paid a total of $ 11738.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | 8373.84 | .00 | 8373.84 |
| FOX METRO WATER REC DIST | SECURED | 150.00 | .00 | 150.00 |
| FOX METRO WATER REC DIST | SECURED | 140.68 | .00 | 140.68 |
| FOX METRO WATER REC DIST | SECURED | 231.57 | .00 | 231.57 |
| FOX METRO WATER REC DIST | SECURED | 247.82 | .00 | 247.82 |
| FOX METRO WATER REC DIST | SECURED | 1507.01 | .00 | 586.04 |
| INTERNAL REVENUE SERVICE | SECURED | .00 | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | 10636.45 | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 768.54 | .00 | .00 |
| NSA | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 704.67 | .00 | .00 |
| PM MUSIC CENTER | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 435.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10650.92 | .00 | 12544.66 | .00 | 23195.58 |
| PRINCIPAL PAID | 9729.95 | .00 | .00 | .00 | 9729.95 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 9729.95 | .00 | .00 | .00 | 9729.95 |

The Debtor's attorney, JAMES A YOUNG & ASSOC      , was allowed $   2500.00 and was paid $   1000.00  direct and $   1500.00  through the plan.

The Trustee received $    508.05 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/20/09                          /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE